# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS EARL BAILEY, JR., | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 19-3263 |
| JESSE KIRSCH, M.D., | : | |
| Defendant. | : | |

## ORDER

This 6th day of February, 2020, upon consideration of Defendant's Motion to Dismiss, ECF 17, it is **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

                                                /s/ Gerald Austin McHugh
                                                Gerald Austin McHugh
                                                United States District Court Judge