**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS EARL BAILEY, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 19-3263** |
| | : | |
| **JESSE KIRSCH, M.D.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This 31st day of March, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 42, is **GRANTED**.

_/s/ Gerald Austin McHugh_
United States District Judge